UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BARBIE PAZ;
ORLANDO PAZ,

        Plaintiffs,

        Case No. 1:10-cv-22349-ASG

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc. ("NCO"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully submitted,

        /s/Kenneth C. Grace
        Kenneth C. Grace, Esq.
        Florida Bar No.: 0658464
        Sessions, Fishman, Nathan & Israel, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, FL 33618
        Tele:  (813) 890-2463; Fax: (866) 466-3140
        kgrace@sessions-law.biz
        *Counsel for Defendant,*
        *NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August 2010 a copy of the foregoing was served electronically via CM/ECF on the following:

Card & Glenn, P. A.
Andrew I. Glenn
2501 Hollywood Blvd., Suite 100
Hollywood, FL  33020

/s/Kenneth C. Grace
Attorney

\\sfnfs02\prolawdocs\6947\6947-26260\Paz, Barbie & Orlando\164043.doc